**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DIAMOND RENAY DERX** **PLAINTIFF**
**ADC #162003**

**v.** **Case No. 4:25-cv-00240-KGB**

**JAMES SHIPMAN,**
**Head Warden, Larry B. Norris Unit, *et al.*** **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney on April 16, 2026 (the "April 16 Recommendations") (Dkt. No. 63), related to plaintiff Diamond Renay Derx's motion to dismiss her complaint (Dkt. No. 62). No party has filed objections to the April 16 Recommendations, and the time for doing so has passed. After careful consideration, the Court concludes that the April 16 Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 63). The Court grants Derx's motion to dismiss (Dkt. No. 62). The Court dismisses without prejudice Derx's complaint (Dkt. No. 2). The Court denies as moot all pending motions and Proposed Findings and Recommendations (Dkt. Nos. 33; 38; 41; 56). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this 31st day of August, 2026.

Kristine G. Baker
Chief United States District Court Judge